No. 1101, Misc.  GORDAN v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *A. Kenneth Pye* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1114, Misc.  HICKS v. MASSACHUSETTS.  Supreme Judicial Court of Massachusetts.  Certiorari denied.  *John L. Saltonstall, Jr.* for petitioner.  *Edward W. Brooke,* Attorney General of Massachusetts, and *James W. Bailey,* Assistant Attorney General, for respondent.

No. 1149, Misc.  TANSIMORE v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 1095, Misc.  ANGELET v. NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 1104, Misc.  DEAN v. OHIO.  Supreme Court of Ohio.  Certiorari denied.

No. 1137, Misc.  SOREY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox* for the United States.

No. 1141, Misc.  DOYLE v. UNITED STATES.  Court of Claims.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox* for the United States.